**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| ROBERT JOHNSON and MARY L. JOHNSON,<br><br>　　　Plaintiffs,<br><br>　　　　　　v.<br><br>AMERICAN TOWERS, LLC, FARMERS TELEPHONE COOPERATIVE, INC., CELLCO TELEPHONE COMPANY OF THE SOUTHEAST, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, SPRINT CELLULAR COMPANY OF SOUTH CAROLINA, SPRINT COMMUNICATIONS COMPANY, L.P., ALLTEL COMMUNICATIONS, LLC, ALLTEL COMMUNICATIONS, INC., ALLTEL MOBILE COMMUNICATIONS OF SOUTH CAROLINA, INC., T-MOBILE USA TOWER LLC, T-MOBILE USA, INC., AT&T INC., AT&T MOBILITY LLC, AT&T MOBILITY SERVICES, LLC, VERIZON WIRELESS, LLC, VERIZON WIRELESS SERVICE LLC, VERIZON WIRELESS OF THE EAST, L.P., and TRACFONE WIRELESS, INC.,<br><br>　　　Defendants. | Case No. 3:13-789-CMC |

**ORDER**

　　　WHEREAS Defendant Charleston-North Charleston MSA Limited Partnership and Plaintiffs Robert Johnson and Mary L. Johnson have stipulated and agreed that Charleston-North Charleston MSA Limited Partnership is the true name of the entity named in the complaint as Sprint Cellular Company of South Carolina; and

　　　WHEREAS Defendants' consolidated motion to dismiss the complaint and the memorandum filed in support thereof, Docket Nos. 38 and 38-1, were filed on behalf of Charleston-North Charleston MSA Limited Partnership, among other Defendants;

　　　IT IS HEREBY ORDERED AND ADJUDGED THAT:

1.        The Court grants Defendants' motion to dismiss as to Sprint Cellular Company of South Carolina for the reasons stated in Sections I through III of its June 19, 2013 Opinion and Order on Motion to Dismiss, Docket No. 61.

2.        Dismissal of the claims against Sprint Cellular Company of South Carolina is with prejudice for the reasons addressed in Sections I and II, and without prejudice for the alternative reasons in Section III.

                                              s/Cameron McGowan Currie
                                              CAMERON McGOWAN CURRIE
                                              UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 27, 2013