FILED: April 16, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1872
(3:13-cv-00789-CMC)

_____

ROBERT JOHNSON; MARY JOHNSON

        Plaintiffs - Appellants

v.

AMERICAN TOWERS, LLC; FARMERS TELEPHONE COOPERATIVE, INC.; CELLCO PARTNERSHIP, d/b/a Verizon Wireless; SPRINT CELLULAR COMPANY OF SOUTH CAROLINA; SPRINT COMMUNICATIONS COMPANY L.P.; ALLTEL COMMUNICATIONS, LLC; T-MOBILE USA TOWER LLC; T-MOBILE USA INC.; AT&T INC.; AT&T MOBILITY LLC; AT&T MOBILITY SERVICES, LLC; VERIZON WIRELESS, LLC; VERIZON WIRELESS SERVICE LLC; VERIZON WIRELESS OF THE EAST LP; TRACFONE WIRELESS, INC.

        Defendants - Appellees

and

CELLCO TELEPHONE COMPANY OF THE SOUTHEAST, LLC; ALLTEL COMMUNICATIONS, INCORPORATED; ALLTEL MOBILE COMMUNICATIONS OF SOUTH CAROLINA, INC.

        Defendants

_____

# M A N D A T E
_____

The judgment of this court, entered 3/25/15, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*