FILED: March 25, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1872
(3:13-cv-00789-CMC)

_____

ROBERT JOHNSON; MARY JOHNSON

  Plaintiffs - Appellants

v.

AMERICAN TOWERS, LLC; FARMERS TELEPHONE COOPERATIVE, INC.; CELLCO PARTNERSHIP, d/b/a Verizon Wireless; SPRINT CELLULAR COMPANY OF SOUTH CAROLINA; SPRINT COMMUNICATIONS COMPANY L.P.; ALLTEL COMMUNICATIONS, LLC; T-MOBILE USA TOWER LLC; T-MOBILE USA INC.; AT&T INC.; AT&T MOBILITY LLC; AT&T MOBILITY SERVICES, LLC; VERIZON WIRELESS, LLC; VERIZON WIRELESS SERVICE LLC; VERIZON WIRELESS OF THE EAST LP; TRACFONE WIRELESS, INC.

  Defendants - Appellees

and

CELLCO TELEPHONE COMPANY OF THE SOUTHEAST, LLC; ALLTEL COMMUNICATIONS, INCORPORATED; ALLTEL MOBILE COMMUNICATIONS OF SOUTH CAROLINA, INC.

  Defendants

_____

# J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

<u>/s/ PATRICIA S. CONNOR, CLERK</u>